```
                                          FILED
                              CLERK, U.S. DISTRICT COURT

                                 AUG ▪ 8 2022

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY          ᴠᴧ        DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-173-GW-44 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| JUAN REYES | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)   (X)   the appearance of defendant as required; and/or

    (B)   (X)   the safety of any person or the community.

//

//

The court concludes:

A.    (X)    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

He can rebut the government's proffered USPO Petition and Letter or the findings and recommendations of the Pretrial Services Report.

_____

_____

(B)    (X)    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

He can rebut the government's proffered USPO Petition and Letter or the findings and recommendations of the Pretrial Services Report.

_____

_____

IT IS ORDERED that defendant be detained.

DATED:  _8/8/22_

JOHN E. MCDERMOTT
UNITED STATES  MAGISTRATE JUDGE

2