FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY MRA DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Juan Reyes<br>　　　　　　Defendant. | Case No.: 2:18-CR-173-GW-44<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　(✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __lack of bail resources; allegations of failing to report/respond to calls; prior revocation__

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | and/or |
| 4 | B.  (✓) The defendant has not met his/her burden of establishing by clear and |
| 5 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This |
| 7 | finding is based on  criminal history since release + earlier |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 1/9/23

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE